UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| JASON NIEMAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| | § | |
| CITY OF DALLAS, et al., | § | |
|     Defendants. | § | |

## ORDER

This case is referred to the United States Magistrate Judge for pretrial management. Plaintiff filed an amended complaint [D.E. 16] subsequent to the filing of a number of motions to dismiss [D.E. 11, 12, 13, 14]. Therefore, those motions to dismiss [D.E. 11, 12, 13, 14] are DENIED without prejudice as moot.

SO ORDERED, February 10, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE