


February 12, 2015

Search  Pill Identifier Search ▶   Like Us   Follow Us   About Us

HOME | DRUGS A-Z | PILL IDENTIFIER | SUPPLEMENTS | SLIDESHOWS | IMAGES | SYMPTOM CHECKER | DISEASES | DICTIONARY | QUIZZES

home > drugs a-z list > ativan (lorazepam) side effects drug center > ativan (lorazepam) drug - side effects and drug interactions



Causes of Fatigue

How to Fight It

### Ativan

- Side Effects Center
- Drug Description
- Indications & Dosage
- Side Effects & Drug Interactions
- Warnings & Precautions
- Overdosage & Contraindications
- Clinical Pharmacology
- Medication Guide
- Consumer
- Patient

**Featured Topics**
- Childhood ADHD Facts
- A-Fib: What is It?
- Gotta Go Foods
- Breast Cancer Slideshow
- Understanding MS
- Rheumatoid Arthritis

**Related Drugs**
- Alsuma
- Amerge
- Belsomra
- Buspar
- Dexedrine
- Diazepam Injection
- Dilantin 125
- Dilaudid
- Doral
- Flexeril
- Imitrex Injection
- Klonopin
- Librax
- Librium
- Lortab 2.5
- Maxalt
- Niravam
- Onfi
- Oxtellar XR

« Previous  1  2  3  4  5  6  7  8  9  10  11  12  13  Next »

Ativan User Reviews >>

## Ativan

Phobias Slideshow Pictures
Generalized Anxiety Disorder (GAD) Slideshow
Take the Panic Attacks Quiz!

**Patient Information**

SHARE THIS ARTICLE:
FACEBOOK | TWITTER | EMAIL | PRINT     A A A

| Side Effects | Interactions |

### SIDE EFFECTS

Most adverse reactions to benzodiazepines, including CNS effects and respiratory depression, are dose dependent, with more severe effects occurring with high doses.

In a sample of about 3500 patients treated for anxiety, the most frequent adverse reaction to Ativan (lorazepam) was sedation (15.9%), followed by dizziness (6.9%), weakness (4.2%), and unsteadiness (3.4%). The incidence of sedation and unsteadiness increased with age.

Other adverse reactions to benzodiazepines, including lorazepam are fatigue, drowsiness, amnesia, memory impairment, confusion, disorientation, depression, unmasking of depression, disinhibition, euphoria, suicidal ideation/attempt, ataxia, asthenia, extrapyramidal symptoms, convulsions/seizures tremor, vertigo, eye-function/visual disturbance (including diplopia and blurred vision), dysarthria/slurred speech, change in libido, impotence, decreased orgasm; headache, coma; respiratory depression, apnea, worsening of sleep apnea, worsening of obstructive pulmonary disease; gastrointestinal symptoms including nausea, change in appetite, constipation, jaundice, increase in bilirubin, increase in liver transaminases, increase in alkaline phosphatase; hypersensitivity reactions, anaphylactoid reactions; dermatological symptoms, allergic skin reactions, alopecia; SIADH, hyponatremia, thrombocytopenia, agranulocytosis, pancytopenia, hypothermia; and autonomic manifestations.

Paradoxical reactions, including anxiety, excitation, agitation, hostility, aggression, rage, sleep disturbances/insomnia, sexual arousal, and hallucinations may occur. Small decreases in blood pressure and hypotension






**Healthy Resources**
- ADHD and Anxiety
- How Is Atrial Fibrillation Affecting You?
- Will Health Reform Affect You?

**Featured Centers**
- How Well Are You Living With AFib?
- How Well Are You Managing Your MS?
- Soothe Your Child's Cold or Flu

**Health Solutions** From Our Sponsors
- Frequent Constipation?



| | |
|---|---|
| Phenobarbital | |
| Savella | |
| Trileptal | |
| Valium | |
| Vimpat | |
| Xanax | |
| Xanax XR | |
| Xeomin | |
| Zonegran | |

**Health Resources**

| |
|---|
| Anxiety |
| Benzodiazepines |
| Pain Management Medication Types |
| Prescription Anxiety Medications |
| Seizure (Epilepsy) |
| Seizures Symptoms and Types |
| Stress |
| Stress Management Techniques |
| Panic Attacks (Panic Disorder) FAQs |
| Posttraumatic Stress Disorder (PTSD) FAQs |

**Related Supplements**

| |
|---|
| Kava |
| Melatonin |
| N-Acetyl Cysteine |
| Passionflower |





**Pill Identifier on RxList**

quick, easy,
pill identification

**Use Pill Finder**

**Find a Local Pharmacy**

including 24 hour,
pharmacies

**Find it Now**

**Interaction Checker**

Check potential
drug interactions

**See Interactions**



Search the Medical Dictionary for Health Definitions & Medical Abbreviations

may occur but are usually not clinically significant, probably being related to the relief of anxiety produced by Ativan (lorazepam).

**Read the Ativan (lorazepam) Side Effects Center for a complete guide to possible side effects**

Learn More »

| Side Effects | Interactions |
|---|---|

« Previous  1  2  3  4  5  6  7  8  9  10  11  12  13  Next »

**Next:** Warnings & Precautions

**Ativan FDA Prescribing Information**

- Drug Description
- Indications & Dosage
- Side Effects & Drug Interactions
- Warnings & Precautions
- Overdosage & Contraindications
- Clinical Pharmacology
- Medication Guide

**Additional Ativan Information**

- Ativan Drug Interactions Center: **lorazepam oral**
- **Ativan Side Effects Center**
- **Ativan in detail including Side Effects and Drug Images**
- **Ativan Overview including Precautions**
- **Ativan FDA Approved Prescribing Information including Dosage**

**Ativan** - User Reviews

**Ativan User Reviews**

Now you can gain knowledge and insight about a drug treatment with Patient Discussions.

**Here is a collection of user reviews for the medication Ativan sorted by most helpful.**

**See User Reviews**

**Report Problems to the Food and Drug Administration**

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit the FDA MedWatch website or call 1-800-FDA-1088.



Privacy Policy

**Emotional Wellness**
Get tips on therapy and treatment.
*By clicking submit I agree to WebMD's Privacy Policy*

Enter email address  [Submit]



**Popular Collections**

all images »
all slideshows »



Type 2 Diabetes Warning Signs





Recommended Topic Related To:
**Ativan**

**Benzodiazepines »**

**"What are benzodiazepines, and how do they work?**

Benzodiazepines are a class of drugs primarily used for treating anxiety, but they also are effective in treating several other conditions. The exact mechanism of action of benzodiaz"...

**Read the Benzodiazepines article »**



**Updated & New**
**News & Features**

**Identify Your Drugs:**
Use the RxList Pill Identifier Tool

**Vaccine Safety**



## Health Solutions From Our Sponsors

| | | | | |
|---|---|---|---|---|
| Family Risk of COPD? | IBS-C Symptoms? | Enjoy Dairy Everyday | COPD Treatment | Frequent Constipation? |
| Controlling Heart Disease | Brush, Floss & Rinse | Managing Diabetes | Replacing Milk | Can COPD Be Inherited? |
| Lactose Intolerant? | COPD and Alpha-1 | 21 Days: A New Routine | Supplement FAQs | Managing IBS-C Symptoms |

RxList Home | Drugs & Medications | Slideshows | Pill Identification Tool | Vitamins, Herbs, & Dietary Supplements | Images | Diseases | Symptom Checker | Dictionary | Quizzes
About RxList | Consumer Contact RxList | Terms of Use | Privacy Policy | Sponsor Policy | Pharmaceutical Companies A-Z | Site Map
WebMD | Medscape | Medscape Reference | eMedicineHealth | MedicineNet | BootsWebMD | Medscape France | Medscape Germany

Copyright © 2015 by RxList Inc.
RxList does not provide medical advice, diagnosis or treatment. See additional information.

