| | | |
|---|---|---|
| **Transaction number:** 1129161<br>**Order date:** 02/20/15<br>**CustOrderId:** INV#471519 | **Special Delivery Service, Inc.**<br>5470 Lyndon B Johnson Frwy, Suite 100<br>Dallas, TX 75240<br>214 866 3200<br>customerservice@specialdelivery.com | **MID:** 542929802370247<br>**TID:** LK441500 |

| Bill to: | Ship to: |
|---|---|
| JASON NIEMAN<br>1700 WINDY CREST DR<br>SPRINGFIELD, IL 62704<br>United States | |

| Quantity | Order Description | Unit Price | Total Price |
|---|---|---|---|
| n/a | | n/a | $169.50 |
| | | Merchandise Subtotal | $0.00 |
| | | Shipping | $0.00 |
| | | Tax | $0.00 |
| | | **Grand Total** | **$169.50** |

**Invoice Number: 1**       Complete      Shipped :

| Quantity | Order Description | | Unit Price | Total Price |
|---|---|---|---|---|
| n/a | | | n/a | $169.50 |
| Card Type | Visa | | | |
| Ending digits of card number | X6164 | | Merchandise Subtotal | $0.00 |
| Card Expiration Date | | | | |
| Fraud Score | N/A | | | |
| Authorization code | 03298C | | Shipping | $0.00 |
| Date | 02/20/15 | | | |
| Time | 10 : 11 AM | | | |
| AVS response code | Y | | | |
| AVS description | Exact match for 5 digit zip and street address. | | Sales tax | $0.00 |
| CVV2/CVC2 response code | | | | |
| CVV2/CVC2 description | | | | |
| Entry Mode | MANUAL | | | |
| Transaction Type | SETTLE | | **Grand Total** | **$169.50** |
| Transaction Status | SUCCESS | | | |

**I agree to pay above total amount according to card issuer agreement. (Merchant agreement if credit voucher)**

Signature:      X_____



**PAID**
CK. NO._____
DATE._____