THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 15 2015
CLERK, U.S. DISTRICT COURT
By ________
Deputy

JASON NIEMAN,

Plaintiff

v.

THE CONCRETE COWBOY BAR, JONATHAN VALZ, JOHN DOES 1-4, CITY OF DALLAS, TX, CITY OF DALLAS FIRE/EMS DEPT., JOHN McKINNEY, DWAINE N. HELTON, MICHAEL MILHAM, CITY OF DALLAS POLICE DEPT., JESSICA L. MORRELL, DALLAS COUNTY, TEXAS, DALLAS COUNTY HOSPITAL DISTRICT (D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM), AMANDA GARCIA, RN, JANE ELLEN O'CONNELL, M.D., KATHERINE M. MAPULA, RN, CATHERINE LEWIS NEAL, MD, LUIS ROMAN TAVARAS, MD, KRISTIE LOUANN BROWN, RN, UNIVERSITY OF TEXAS SOUTHWEST MEDICAL CENTER AT DALLAS, DR. ALEXANDER EASTMAN, M.D., DR. GINA SIMS, M.D., DR. JEFFREY PRUITT, M.D., DR. NHAN LE, M.D., DR. KYLE MOLBERG, M.D., DR. SUHNY ABBARA, M.D., DR. ANTHONY WHITTEMORE, M.D.

Defendants.

CASE NO. 3:14-CV-3897-M

**ORDER GRANTING DEFENDANT FREDERICK P. CERISE, MD'S MOTION FOR LEAVE TO AMEND DEFENDANT'S MOTION FOR RULE 7(A) REPLY TO INCLUDE CERTIFICATE OF CONFERENCE**

Before the Court is Defendant Frederick P. Cerise, MD's Motion for Leave to Amend Defendant's Motion For Rule 7(A) Reply to Include Certificate of Conference. After a review of

Order Granting Defendant Frederick P. Cerise's, Motion for Leave to Amend Defendant's Motion For Rule 7(A) Reply to Include Certificate of Conference
Civil Action No. 3:14cv3897-M-BF
Page 1 of 2

the motion, all responses and replies thereto, and the applicable legal authority, the Court determines that the motion should be **GRANTED.**

THEREFORE, it is **ORDERED** that defendant shall file an amended Motion For Rule 7(A) Reply to Include Certificate of Conference on behalf of Defendant Frederick P. Cerise, M.D. in compliance with LR 7.1.

**IT IS SO ORDERED.**

Signed April 15, 2015

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE