

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN,<br>    Plaintiff, | § § § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| CITY OF DALLAS, et al.,<br>    Defendants. | § § § § | |

## ORDER

Before the Court is Plaintiff's objection to the Magistrate Judge's ruling as to Defendants Ellen O'Connell, Alexander Eastman, Gina Cho, Jeffrey Pruitt, Nhan Le, Kyle Molberg, Suhny Abbara, and Anthony Whittemore's (collectively, "Defendants") motion for leave to file answers which include medical facts, including qualified immunity facts [D.E. 88]. *See* Objections [D.E. 103]. Defendants shall file a response addressing Plaintiff's objections within one week of the entry of this order.

**SO ORDERED**, this 15 day of July, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE