UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN, § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:14-CV-3897-M (BF) |
| § | |
| CITY OF DALLAS, et al., § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney [D.E. 117]. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss the Pled Counterclaim of City of Dallas Defendants Milam, Helton, and Merrell [D.E. 70] is DENIED.

SO ORDERED this 27th day of August, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE