UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN,<br>          Plaintiff,<br><br>v.<br><br>CITY OF DALLAS, et al.,<br>          Defendants. | §<br>§<br>§<br>§  No. 3:14-CV-3897-M (BF)<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney [D.E. 111]. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that the City of Dallas' Motion to Dismiss Plaintiff's State Tort Claims [D.E. 34] and Amended Motion to Dismiss Plaintiff's Federal Claims [D.E. 36] are GRANTED.

**SO ORDERED** this 27th day of August 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE