UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN,<br>　　　Plaintiff,<br><br>v.<br><br>CITY OF DALLAS, et al.,<br>　　　Defendants. | §<br>§<br>§<br>§  No. 3:14-CV-3897-M (BF)<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney [D.E. 112]. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendant John McKinney's Rule 12(b)(6) Motion to Dismiss [D.E. 32] is GRANTED.

SO ORDERED this 27th day of August, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE