UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN,<br>Plaintiff, | § § § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| CITY OF DALLAS, et al.,<br>Defendants. | § § § § | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Amended Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney [D.E. 126]. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Dallas County Hospital District d/b/a Parkland Health and Hospital System's ("Parkland") Motion to Dismiss Plaintiff's First Amended Complaint at Law Under Federal Rule of Civil Procedure 12(b)(6) [D.E. 27] is GRANTED.

**SO ORDERED** this 28th day of August, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE