UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| | § | |
| CITY OF DALLAS, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge [D.E. 162] recommending that the Court accept the Amended Findings, Conclusions and Recommendation [D.E. 125], this Court had remanded for further consideration in light of the objections filed. The Court has made a *de novo* review of those portions of the Amended Findings, Conclusions and Recommendation [D.E. 162] to which objections were made and has reviewed the actual claims asserted by Plaintiff in his live Complaint. The objections are overruled and the Amended Findings, Conclusions, and Recommendation are accepted.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss [D.E. 28] filed by Defendants Ellen O'Connell, M.D., Alexander Eastman, M.D., Gina Cho, M.D., Jeffrey Pruitt, M.D., Nhan Le, M.D., Kyle Molberg, M.D., Suhny Abbara, M.D., and Anthony Whittemore, M.D. is GRANTED.

**SO ORDERED** this 29th day of October, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS