IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN, | § | |
| | § | |
| | § | |
| VS. | § | CASE NO. 3:14-cv-3897 |
| | § | |
| E STREET INVESTMENTS, LLC D/B/A | § | |
| CONCRETE COWBOY, JONATHAN | § | |
| VALZ, RICO TAYLOR, ET AL. | § | |

## DEFENDANTS E STREET INVESTMENTS, LLC D/B/A CONCRETE COWBOY, JONATHAN VALZ, AND RICO TAYLOR'S NOTICE OF DEPOSITION OF PLAINTIFF, JASON NIEMAN

PLEASE TAKE NOTICE that Defendants, E Street Investments, LLC d/b/a Concrete Cowboy, Jonathan Valz, and Rico Taylor, will take the deposition of Plaintiff, Jason Nieman, pursuant to Federal Rule of Civil Procedure 30 upon oral examination of Plaintiff commencing at the time, date and location indicated below, before a Notary Public or duly authorized officer authorized to administer oaths, such deposition to continue from day to day, Sundays and holidays excluded, until completed. The deposition will be recorded by stenographic means and will also be recorded by video.

**WITNESS:**     **Plaintiff, Jason Nieman**
**DATE:**        **Tuesday, March 22, 2016**
**TIME:**        **9:30 a.m.**
**LOCATION:**    **Friedman & Feiger, LLP**
                 **5301 Spring Valley Road, Suite 200**
                 **Dallas, Texas 75254**

                          Respectfully submitted,

                          */s/ Joelle G. Nelson*
                            Joelle G. Nelson
                            Federal I.D. No. 14306
                            State Bar No. 15980520
                            jnelson@gallowayjohnson.com
                            Shannon L. Snider

<div style="float:right">
Federal I.D. No. 1515122  
State Bar No. 24081157  
ssnider@gallowayjohnson.com
</div>

OF COUNSEL:  
GALLOWAY, JOHNSON, TOMPKINS  
BURR & SMITH  
1301 McKinney Suite 1400  
Houston, Texas 77010  
(713) 599-0700 – Telephone  
(713) 599-0777 – Facsimile  
**ATTORNEYS FOR DEFENDANTS,**  
**E STREET INVESTMENTS, LLC d/b/a**  
**CONCRETE COWBOY, JONATHAN**  
**VALZ, AND RICO TAYLOR**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served as indicated below on January 25, 2016.

*Via E-Mail and CMRRR*  
Jason Nieman, ProSe  
225 Crooked Court  
Fruit Cove, FL 32259  
*Plaintiff*

*Via E-Mail and Facsimile*  
Jason Schuette, Tatia R. Wilson, James Butt (Asst. City Attorneys)  
Dallas City Attorney's Office  
1500 Marilla St., 7CN  
Dallas, TX 75201  
*Counsel for City of Dallas Defendants*

*Via E-Mail and Facsimile*  
Eric A. Hudson, Assistant Attorney General  
P.O. Box 12548  
Austin, TX 78711-2548  
*Counsel for UTSW Medical Center*

*Via E-Mail and Facsimile*  
Wm. Andrew Messer, Jennifer DeCurtis,  
Messer, Rockefeller & Fort PLLC  
6351 Preston Rd., Suite 350  
Frisco, TX 75034  
*Counsel for K. Mapula, C. Neal, L. Tavaras, K. Brown, A. Garcia, et al.*

*Via E-Mail and Facsimile*  
Philipa M. Remington, Esq.  
Thiebaud, Remington, Thornton, Bailey, LLP  
1445 Ross Ave., Suite 4800  
Dallas, TX 75202  
*Counsel for E. O'Connell. E. Eastman, G. Sims, J. Pruitt, N. Le, K. Molberg, S. Abbara, A. Whittemore, et al.*

*Via E-Mail and Facsimile*  
Joshua D. Kornely, Esq.  
Joan Parma, Esq.  
Watson, Caraway, Midkiff & Luningham, LLP  
1600 Oil & Gas Building, 309 W. 7th St.  
Fort Worth, TX 76102  
*Counsel for Dallas County Hospital District*

    */s/ Shannon L. Snider*  
    Shannon Snider