UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN, § | |
| Plaintiff, § | |
| v. § | No. 3:14-CV-3897-M (BF) |
| E. STREET INVESTMENTS, L.L.C., § | |
| d/b/a CONCRETE COWBOY, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney as to Frederick P. Cerise [ECF No. 187]. Plaintiff filed objections. *See* Obj. [ECF No. 189]. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

Plaintiff again requests in his objections leave to file a second amended complaint. *See* Obj. [ECF No. 189 at 1]. This Court has previously denied Plaintiff's requests for leave to file a second amended complaint on the grounds that granting such leave would be futile and cause needless delay. *See* Mem. Op. & Order [ECF No. 165 at 7-8] ("Because the Court finds that Plaintiff has pleaded his best case and that granting leave to file a second amended complaint would be futile and cause needless delay, Plaintiff's Rule 60(b) motions are denied."); Mem. Op. & Order [ECF No. 186 at 4] ("Because the Court finds that Plaintiff has pleaded his best case and that granting leave to file a second amended complaint would be futile and cause needless delay, Plaintiff's Rule 60(b) Motion is **DENIED**."); *Wortham v. Chris Hansen Lab, Inc.*, No. 3:14-CV-1696-L, 2014 WL 2694194, at *2 (N.D. Tex. June 12, 2014) ("[W]hile generally a *pro se* litigant should be offered an opportunity to amend his complaint before it is dismissed, granting leave to amend is not required if the plaintiff

has already pleaded his best case. . . . Here, Plaintiff's claims are fatally infirm. Thus, the Court concludes that granting leave to amend would be futile and cause needless delay.") (quoting *Brewster v. Dretke*, 587 F.3d 764, 767-68 (5th Cir. 2009)) (internal quotations and alterations omitted). Plaintiff's request for leave is again denied on the same grounds.

**IT IS THEREFORE ORDERED** that Frederick P. Cerise, M.D.'s Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) [ECF No. 136] is **GRANTED**.

**SO ORDERED** this 28th day of March, 2016.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**