## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **JASON NIEMAN,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CASE NO. 3:14-cv-3897** |
| | § | |
| **E STREET INVESTMENTS, LLC D/B/A** | § | |
| **CONCRETE COWBOY, JONATHAN** | § | |
| **RICO TAYLOR, ET AL.** | § | |

### JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COME NOW Plaintiff, **JASON L. NIEMAN** ("Nieman"), and Defendants, **E STREET INVESTMENTS, LLC d/b/a CONCRETE COWBOY, JONATHAN VALZ, AND RICO TAYLOR** (collectively, "Defendants") and file this joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the following:

1.      **NIEMAN** and Defendants **E STREET INVESTMENTS, LLC d/b/a CONCRETE COWBOY, JONATHAN VALZ, AND RICO TAYLOR** have reached a mutual and confidential agreement to conclude their disputes.

2.      **NIEMAN** and Defendants **E STREET INVESTMENTS, LLC d/b/a CONCRETE COWBOY, JONATHAN VALZ, AND RICO TAYLOR** jointly move to dismiss Nieman's claims against **E STREET INVESTMENTS, LLC d/b/a CONCRETE COWBOY, JONATHAN VALZ, AND RICO TAYLOR** with prejudice.

3.      Nieman and these Defendants agree that Nieman's claims against these Defendants referenced herein should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as evidenced by the signatures of Nieman and Defendants' counsel below.  The parties agree to bear their own costs and attorney's

1

fees, and the parties jointly request that neither be designated or deemed a "prevailing party" in this action.

Respectfully submitted,

By: _//s// Jason L. Nieman_____
    Jason L. Nieman
    nieman46804@yahoo.com
    225 Crooked Court
    Jacksonville, Florida 32259
    (217) 836-4103
    PLAINTIFF, *PRO SE*

Respectfully submitted,

By: __//s// Branch M. Sheppard_____
    Joelle G. Nelson
    Federal I.D. No. 14306
    State Bar No. 15980520
    jnelson@gallowayjohnson.com
    Branch M. Sheppard
    State Bar No. 24033057
    bsheppard@gallowayjohnson.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH, A PLC
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile

**ATTORNEYS FOR DEFENDANTS,
E STREET INVESTMENTS, LLC d/b/a
CONCRETE COWBOY, JONATHAN
VALZ, AND RICO TAYLOR**

2

Respectfully submitted,

WARREN M. S. ERNST
Dallas City Attorney

Tatia R. Wilson
Senior Assistant City Attorney
Texas Bar No. 00795793
tatia.wilson@dallascityhall.com

By: _____

     Jason G. Schuette
     Executive Assistant City Attorney
     Texas Bar No. 17827020
     jason.schuette@dallascityhall.com
     City Attorney's Office
     1500 Marilla Street, Room 7B North
     Dallas, Texas 75201
     (214) 670-3519 – Telephone
     (214) 670-0622 – Facsimile

**ATTORNEYS FOR DEFENDANTS,
CITY OF DALLAS, TEXAS, JOHN MCKINNEY,
DWAINE N. HELTON, MICHAEL MILAM, AND
JESSICA L. MERRELL**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal was served as indicated below on April 13, 2016.

*Via CM/ECF*
Jason Nieman
225 Crooked Court
Fruit Cove, FL 32259
*Plaintiff*

*Via CM/ECF*
Tatia R. Wilson, James Butt (Asst. City Attorneys)
Dallas City Attorney's Office
1500 Marilla St., 7CN
Dallas, TX 75201
*Counsel for City of Dallas Defendants*

*Via CM/ECF*
Eric A. Hudson, Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
*Counsel for UTSW Medical Center*

*Via CM/ECF*
Wm. Andrew Messer, Jennifer DeCurtis,
Messer, Rockefeller & Fort PLLC
6351 Preston Rd., Suite 350
Frisco, TX 75034
*Counsel for K. Mapula, C. Neal, L. Tavaras,
K. Brown, A. Garcia, et al.*

*Via CM/ECF*
Philipa M. Remington, Esq.
Thiebaud, Remington, Thornton, Bailey, LLP
1445 Ross Ave., Suite 4800
Dallas, TX 75202
*Counsel for E. O'Connell. E. Eastman, G. Sims, J. Pruitt, N. Le,
K. Molberg, S. Abbara, A. Whittemore, et al.*

*Via CM/ECF*
Joshua D. Kornely, Esq.
Joan Parma, Esq.
Watson, Caraway, Midkiff & Luningham, LLP
1600 Oil & Gas Building, 309 W. 7th St.
Fort Worth, TX 76102
*Counsel for Dallas County Hospital District*

   //s// Branch M. Sheppard
Branch M. Sheppard

4