UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN, | § | |
|       Plaintiff, | § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| DWAINE HELTON, et al., | § | |
|       Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled on their substantive merit. The Court also notes, however, that the Plaintiff has repeatedly failed to comply with the local rules of this Court.

**IT IS THEREFORE ORDERED** that Defendants Dwaine Helton, Michael Milam, and Jessica Merrell's Joint Motion for Partial Summary Judgment Based Upon Qualified Immunity [ECF No. 232] is **GRANTED**.

**SO ORDERED** this 31st day of March, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE