UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN, § | |
| Plaintiff, § | |
| v. § | No. 3:14-CV-3897-M (BF) |
| MICHAEL MILAM, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Report and Recommendation of the United States Magistrate Judge Paul D. Stickney. No objection was made. The Court reviewed the Report and Recommendation for plain error. Finding none, the Court accepts the Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Jason Nieman's claims against Defendants John Quinn, Christopher Madden, John Gregory Fitz, John Warner, W. Gary Reed, and John Does 1-4 are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 21st day of November, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE