UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| MICHAEL MILAM, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Report and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Report and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Relief Under Federal Rule of Civil Procedure 59(e) [ECF No. 272] is **DENIED.**

**SO ORDERED** this 21st day of November, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE