UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN, | § |
| Plaintiff, | § |
| v. | § No. 3:14-CV-3897-M (BF) |
| MICHAEL MILAM, et al., | § |
| Defendants. | § |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Report and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Report and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Certification of Final and Appealable Order and/or for Permission for Immediate Appeal Pursuant to Federal Rule of Civil Procedure 54(b) [ECF No. 271] is **DENIED.**

**SO ORDERED** this 21st day of November, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE