UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON NIEMAN, § | |
| Plaintiff, § | |
| v. § | No. 3:14-CV-3897-M (BT) |
| DWAINE HELTON, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Report and Recommendation of the United States Magistrate Rebecca Rutherford. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Report and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Relief Under Federal Rule of Civil Procedure 60(b) [ECF No. 293] is **DENIED**.

**SO ORDERED** this 5th day of March, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE