**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JASON NIEMAN, § | |
|     Plaintiff, § | |
| v. § | No. 3:14-CV-3897-M (BF) |
| MICHAEL MILAM, et al., § | |
|     Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Rebecca Rutherford. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion for § 1988 Attorney's Fees [ECF No. 289] filed by Defendants the City of Dallas, John McKinney, Dwaine Helton, Michael Milam, and Jessica Merrell is **DENIED**.

**SO ORDERED** this 4th day of June, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE