UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON NIEMAN, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:14-CV-3897-M (BF) |
| MICHAEL MILAM, et al., | § | |
| Defendants. | § | |

## JUDGMENT

The Court has now adjudicated all of the claims as to all of the parties in this case.

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 4th day of June, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE